STATE OF CONNECTICUT *v.* CHARLES DeMARTIN

The defendant's motion to set aside the judgment of the trial court and to direct the entry of final judgment for him in the appeal from the Superior Court in New Haven County is granted unless the state files its brief on or before May 18, 1976.

*Anthony J. Lasala,* for the appellant (defendant).

*William F. Gallagher,* special assistant state's attorney, for the appellee (state).

Argued May 4—decided May 4, 1976

STATE OF CONNECTICUT *v.* LOUIS JEUSTINIANO

The state's motion to dismiss the appeal from the Superior Court in Fairfield County is granted unless the defendant files his brief on or before May 19, 1976.

*Arlen D. Nickowitz,* assistant state's attorney, for the appellee (state).

*Charles Hanken,* for the appellant (defendant).

Argued May 4—decided May 4, 1976

STATE OF CONNECTICUT *v.* VICTOR MONTANEZ

The state's motion to dismiss the appeal from the Superior Court in Fairfield County is granted unless the defendant files his brief on or before May 19, 1976.

*Arlen D. Nickowitz,* assistant state's attorney, for the appellee (state).

*Charles Hanken,* for the appellant (defendant).